| | |
|---|---|
| DISTRICT COURT, LARIMER (FT COLLINS) COUNTY, COLORADO<br>Court Address:<br>201 Laporte Avenue, Suite 100, Fort Collins, CO, 80521 | DATE FILED: July 16, 2013 5:57 PM |
| **Plaintiff(s)** W O L F<br>v.<br>**Defendant(s)** FIRST NONPROFIT INSURANCE COMPANY et al. | |
| | ⚠ **COURT USE ONLY** ⚠<br>Case Number: 2013CV30821<br>Division: 4C      Courtroom: |
| **Order: Order** | |

The motion/proposed order attached hereto: SO ORDERED.

Issue Date: 7/16/2013

*[signature]*

DANIEL J KAUP
District Court Judge

**EXHIBIT D**

| | |
|---|---|
| DISTRICT COURT, LARIMER COUNTY, COLORADO<br>201 LaPorte Avenue, Suite 200<br>Fort Collins, Colorado 80521 | |
| | ▲COURT USE ONLY▲ |
| **Plaintiff:** W.O.L.F., a Colorado nonprofit corporation,<br><br>v.<br><br>**Defendants:** FIRST NONPROFIT INSURANCE COMPANY AND AMTRUST FINANCIAL COMPANY | Case No. 2013CV30821<br><br>Division:          Courtroom |
| **ORDER REGARDING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER** | |

After considering Defendants' Unopposed Motion for Extension of Time to Answer and being fully advised of the premises, the Motion is hereby **GRANTED**. Defendant shall have up to and including August 15, 2013 to answer, move or otherwise respond to the complaint.

Dated this ____ day of June, 2013.

BY THE COURT:

_____
District Court Judge

Attachment to Order - 2013CV30821

20515650v1